PROB 12C
ED/AR (2/2005)

# United States District Court
## for the
## Eastern District of Arkansas
### Petition for Summons for Offender Under Supervision

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 13 2008

JAMES W. McCORMACK
By: _____
DEP CLERK

Name of Offender: Joseph Cranford          Case Number: 4:02CR00126-001 SWW

Name of Sentencing Judicial Officer:   Honorable Susan Webber Wright
                                       United States District Judge

Offense:              Bank robbery

Date of Sentence:     June 10, 2003

Sentence:             70 Bureau of Prisons, 5 years supervised release, comply with child support,
                      mandatory drug testing, DNA testing, substance abuse treatment $3,647
                      restitution, and $100 special penalty assessment.

Type of Supervision:  Supervised release          Date Supervision Commenced: September 20, 2007
                                                  Expiration Date: September 19, 2012

Asst. U.S. Attorney: Jane Duke                    Defense Attorney: To be appointed

U.S. Probation Officer: Audrene J. Ellis
Phone No.: 501-604-5281

---

## PETITIONING THE COURT

The offender has violated the following condition(s) of supervision:

Condition      Nature of Noncompliance

**Special**    **Restitution in the amount of $3,647 is owed. Beginning the first month of supervised release, payments will be ten percent per month of the defendant's monthly gross income.** Mr. Cranford failed to submit restitution payments in the following months: January and May 2008. He submitted particle restitution payments in the months of April, June, and July 2008.

**General**    **The defendant shall not commit another federal, state, or local crime. The defendant shall not associate with any person engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.** According to the Little Rock Police Department's arrest report. On July 30, 2008, officers with the Little Rock Police Department executed a search and seizure warrant at Mr. Cranford's listed residence. The search revealed the following: 5 ounces of cocaine base, 25 tablets of Valium, 3 capsules of Sunata, digital scales, and baggies. On that date, Mr. Cranford was arrested and charged with the following: possession of cocaine with intent to deliver, possession of Lorazepam with intent to deliver, possession Sonata with intent to deliver, possession of drug paraphanelia, and maintaining a drug premise all felonies. Mr. Cranford was transported to Pulaski County Detention Center, Little Rock, Arkansas. He was released on July 31, 2008, after posting a $50,000 bond. Mr. Cranford has a court hearing scheduled

Prob 12C                               -2-                        Petition for Summons for
                                                                  Offender Under Supervision

Name of Offender: Joseph Cranford                    Case Number: 4:02CR00126-001 SWW

for September 30, 2008, at the Little Rock District Court, Little Rock, Arkansas. On that date, Mr. Cranford's case is scheduled to be filed in the Pulaski County Circuit Court, Little Rock, Arkansas.

It is requested that a summons be issued and a revocation hearing held. Mr. Cranford was previously represented by Defense Attorney Fred Hart. Attached is the CJ23, Financial Affidavit for appointment of counsel. The Government is represented by Assistant U.S. Attorney Jane Duke.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____8/8/08_____

_____                         _____
Audrene J. Ellis                                      Jane Duke
U.S. Probation Officer                                Assistant U.S. Attorney

Date:   August 8, 2008                                Date:   August 11, 2008

---

This form is to be filed with Criminal Docketing as a motion.

Approved:

_____
Supervising U.S. Probation Officer

AJE/kyj

c:  Assistant U.S. Attorney, Jane Duke, P.O. Box 1229, Little Rock, AR 72203