PROB 12C
ED/AR (2/2005)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 27 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas
### Petition for Summons for Offender Under Supervision
### Supplemental

Name of Offender: Joseph Cranford                 Case Number: 4:02CR00126-001 SWW

Name of Sentencing Judicial Officer:    Honorable Susan Webber Wright
                                        United States District Judge

Offense:                Bank robbery

Date of Sentence:       June 10, 2003

Sentence:               70 Bureau of Prisons, 5 years supervised release, comply with child support,
                        mandatory drug testing, DNA testing, substance abuse treatment $3,647
                        restitution, and $100 special penalty assessment

Type of Supervision:    Supervised release        Date Supervision Commenced: September 20, 2007
                                                  Expiration Date: September 19, 2012

Asst. U.S. Attorney: Edward Walker                Defense Attorney: Chris Tarver

U.S. Probation Officer: Audrene J. Ellis
Phone No.: 501-604-5281

## PETITIONING THE COURT

The offender has violated the following condition(s) of supervision:

| Condition | Nature of Noncompliance |
|---|---|
| General | **The defendant shall refrain from unlawful use of controlled substance.** On April 3, 2009, Mr. Cranford submitted a urine specimen that was confirmed positive for marijuana by Kroll Laboratory. |
| General | **The defendant shall not commit another federal, state, or local crime. The defendant shall not associate with any person engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.** According to the Little Rock Police Department's arrest report, on July 30, 2008, officers with the Little Rock Police Department executed a search and seizure warrant at Mr. Cranford's listed residence. The search revealed the following: 5 ounces of cocaine base, 25 tablets of Valium, 3 capsules of Sunata, digital scales, and baggies. On that date, Mr. Cranford was arrested and charged with the following: possession of cocaine with intent to deliver, possession of Lorazepam with intent to deliver, possession of Sonata with intent to deliver, possession of drug paraphanelia, and maintaining a drug premise, all felonies. Mr. Cranford was transported to the Pulaski County Detention Center in Little Rock, Arkansas. He was released on July 31, 2008, after posting a $50,000 bond. On September 30, 2008, Mr. Cranford's case was transferred from Little Rock District Court to Pulaski County Circuit Court, Little Rock, Arkansas. He has a report hearing scheduled for May 26, 2009. |

Name of Offender:  Joseph Cranford                Case Number:  4:02CR00126-001 SWW

**Special**  **Restitution in the amount of $3,647 is owed. Beginning the first month of supervised release, payments will be ten percent per month of the defendant's monthly gross income.** Mr. Cranford failed to submit restitution payments in the following months: January, May, and October 2008; and February 2009. He submitted partial restitution payments in the months of April, June, July, November, and December 2008. Mr. Cranford has a restitution balance of $734.08.

It is recommended that the above-noted violation be included with all previously reported violations noted in the petition filed on August 13, 2008. The defendant is represented by Assistant Public Defender Chris Tarver. The Government is represented by Assistant U.S. Attorney Edward Walker.

I declare under penalty of perjury that the foregoing
is true and correct.

Executed on  4/15/09

_____          _____
Audrene J. Ellis                          Edward Walker
U.S. Probation Officer                    Assistant U.S. Attorney

Date:  April 15, 2009                     Date:  APRIL 23, 2009

=============================================================================

This form is to be filed with Criminal Docketing as a motion.

Approved:

_____
Supervising U.S. Probation Officer

AJE/khm

c:  Assistant U.S. Attorney, Edward Walker, P.O. Box 1229, Little Rock, AR 72203
    Assistant Federal Public Defender, Chris Tarver, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201