PROB 12C
ED/AR (2/2005)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 29 2011

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas
### Petition for Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Joseph Cranford | Case Number: 4:02CR00126-001 SWW |

Name of Sentencing Judicial Officer:   Honorable Susan Webber Wright
United States District Judge

Offense:   Robbery

Date of Sentence:   June 10, 2003

Sentence:   70 months Bureau of Prisons, 5 years supervised release, comply with child support, mandatory drug testing, DNA testing, substance abuse treatment, $3,647 restitution, and $100 special penalty assessment

Type of Supervision:   Supervised Release    Date Supervision Commenced: October 6, 2010
Expiration Date: October 5, 2011

Asst. U.S. Attorney: Jane Duke    Defense Attorney: To be appointed

U.S. Probation Officer: Eric Myrene
Phone No.: 501-604-5265

---

## PETITIONING THE COURT

The offender has violated the following condition(s) of supervision:

| Condition | Nature of Noncompliance |
|---|---|
| Special | **The defendant shall participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.** Mr. Cranford failed to report for drug testing on the following dates: January 5, 18, and 25, February 15, March 8, 2011, July 1, 2011, and September 13, 2011. He also has failed to participate in substance abuse treatment consistently. On January 4, April 5 and 26, June 29, July 13 and 27, September 6, 20, and 27, 2011, Mr. Cranford failed to participate in substance abuse treatment. |
| Special | **The restitution of $3,860 imposed is payable during probation. Beginning the first month of probation, payments will be 10% per month of the defendant's monthly gross income.** Mr. Cranford has failed to make monthly installment payments for the following months: March, April, May, June, July, August 2011. The current balance owed is $324. |

Prob 12C                                    -2-                         Petition for Summons for
                                                                        Offender Under Supervision

Name of Offender: Joseph Cranford                    Case Number: 4:02CR00126-001 SWW

| General | The defendant shall not commit another federal, state, or local crime. |
|---|---|
| General | The defendant shall not illegally possess a controlled substance. |
| General | The defendant shall refrain from any unlawful use of a controlled substance. |
| 1 | The defendant shall not leave the judicial district without the permission of the court or probation officer. |
| 7 | The defendant shall refrain from excessive use of alcohol. |
| 9 | The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer. |
| 11 | The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. On May 9, 2011, Mr. Cranford submitted a urine specimen which was confirmed positive for cocaine by Alere Laboratories. On June 8, 2011, Mr. Cranford admitted to his probation officer his previous positive urine specimen was a result of consuming cocaine during sexual relations with a woman. He admitted the woman had used cocaine as well, and he had also been drinking heavily. |

On August 5, 2011, Mr. Cranford submitted a urine specimen which was confirmed positive for marijuana by Alere Laboratories.

On August 9, 2011, Mr. Cranford submitted a urine specimen which was confirmed positive for marijuana by Alere Laboratories. Mr. Cranford signed an admission form indicating he had using synthetic marijuana since March 2011, with last reported use as on August 8, 2011.

On August 17, 2011, Mr. Cranford submitted a urine specimen which was confirmed positive for marijuana by Alere Laboratories. Mr. Cranford signed an admission form indicating he had used marijuana on August 5, 9, and 17, 2011.

On August 31, 2011, Mr. Cranford submitted a urine specimen which was confirmed positive for marijuana by Alere Laboratories.

On September 9, 2011, Mr. Cranford submitted a urine specimen which was confirmed positive for marijuana and cocaine by Alere Laboratories. Mr. Cranford signed an admission form indicating he had used marijuana and cocaine on September 6, 2011.

Prob 12C -3- Petition for Summons for
Offender Under Supervision

Name of Offender: Joseph Cranford   Case Number: 4:02CR00126-001 SWW

On September 26, 2011, Mr. Cranford submitted a urine specimen which was presumptive positive for marijuana, and has been submitted to Alere for confirmation. Mr. Cranford signed an admission form indicating he had last used marijuana on September 6, 2011.

On August 25, 2011, Mr. Cranford was stopped by a deputy with the Yavapi County, Arizona, Sheriff's Department for an apparent window tint violation. Mr. Cranford was the driver of the vehicle and he had two passengers, Shonyce Williams, and Charles Newsom, a convicted felon. During the stop, the officer smelled the odor of marijuana. Mr. Cranford and the other two occupants of the vehicle reported they were going to a family reunion. All three individuals admitted to smoking marijuana in the vehicle. A small bag of Spice (synthetic marijuana) was located in the center console of the vehicle and part of a marijuana cigarette in Ms. Williams' purse. The officer also located $2,500 in loose U.S. currency in Mr. Cranford's front and back pants pocket. Mr. Cranford refused to submit to a drug screen or sobriety tests. Mr. Cranford admitted the synthetic marijuana was his. Mr. Cranford told the officer he was on supervision for possession of a controlled substance, and he had permission to leave Arkansas. Mr. Cranford was arrested for possession or use of dangerous drugs and later released on August 26, 2011. The deputy later contacted Mr. Cranford's federal probation officer as well as his state parole officer, both of whom indicated Mr. Cranford did not have permission to travel. Mr. Cranford failed to notify his probation officer of his arrest in Yavapi County, Arizona, until his federal probation officer confronted him regarding his arrest on August 31, 2011. The Yavapi County Attorney's Office is awaiting laboratory results of the synthetic marijuana Mr. Cranford possessed before filing criminal charges.

It is requested that a summons be issued and a revocation hearing held. Ms. Cranford was originally represented by Fred Hart. Attached is a CJA 23, Financial Affidavit for appointment of counsel. The Government is represented by Assistant U.S. Attorney Jane Duke.

I declare under penalty of perjury that the foregoing
is true and correct.

Executed on _September 29, 2011_

_Eric A. Myrene_
Eric Myrene
U.S. Probation Officer
Date: September 29, 2011

_Jane W. Duke_
Jane Duke
Assistant U.S. Attorney
Date: 9/29/11

Prob 12C                                  -4-                         Petition for Summons for
                                                                      Offender Under Supervision

Name of Offender: Joseph Cranford                    Case Number: 4:02CR00126-001 SWW

---

This form is to be filed with Criminal Docketing as a motion.

Approved:

*Alan Scheinel*
Supervising U.S. Probation Officer

EAM/clh

c: Assistant U.S. Attorney, Jane Duke, P.O. Box 1229, Little Rock, AR 72203