**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                   NO. 4:02CR00126-001  SWW

JOSEPH CRANFORD

### ORDER

The above entitled cause came on for hearing December 8, 2011 on government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant and statements of counsel, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked** granting government's motion [doc #71]. Defendant shall serve a term of imprisonment of *TEN (10) MONTHS* in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated at Forrest City, Arkansas; and that defendant participate in residential or non-residential substance abuse treatment during incarceration.

There will be *NO* supervised release to follow.

Defendant is remanded to the custody of the U. S. Marshal for transport to the designated facility to begin the service of the sentence imposed.

IT IS SO ORDERED this 15th day of December 2011.

/s/Susan Webber Wright
United States District Judge