# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-3792
_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Joseph Cranford, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: June 20, 2012
Filed: June 25, 2012
_____

Before MURPHY, ARNOLD, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

    Joseph Cranford appeals the district court's[1] revocation of his supervised release, and the court's imposition of a 10-month prison sentence. After careful review, we conclude the revocation and sentence were proper. The district court did not abuse its discretion by revoking Cranford's supervised release, as the supervised-release violations to which he admitted--including multiple failed drug tests, as well as failures to report for drug testing and treatment--were not merely an accumulation of technical violations. See United States v. Melton, 666 F.3d 513, 516 (8th Cir.

---

    [1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

2012) (standard of review; revocation is appropriate where violations, while not presenting danger to society, "indicate[] a pervasive unwillingness to follow the rehabilitation program"). In addition, we conclude that the court considered the 18 U.S.C. § 3553(a) factors, see United States v. White Face, 383 F.3d 733, 740 (8th Cir. 2004) (court need not list every § 3553(a) factor when sentencing defendant upon revocation of supervised release; if sentencing judge references some § 3553(a) factors, this court is satisfied that district court was aware of entire contents of relevant statute), and that Cranford did not possess a Sixth Amendment right to counsel in his revocation hearing, see United States v. Ray, 530 F.3d 666, 668 (8th Cir. 2008) (Sixth Amendment does not apply to supervised-release revocation hearing).

Accordingly, we affirm the judgment of the district court. We also grant counsel's motion to withdraw, subject to counsel informing Cranford about procedures for seeking rehearing or filing a petition for certiorari.

_____

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
 *Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 25, 2012

Mr. Chris Tarver
FEDERAL PUBLIC DEFENDER'S OFFICE
1401 W. Capitol
Suite 490
Little Rock, AR  72201-3325

RE:  11-3792  United States v. Joseph Cranford

Dear Counsel:

The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion. The opinion will be released to the public at 10:00a.m. today. Please hold the opinion in confidence until that time.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc must be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

Michael E. Gans
Clerk of Court

MER

Enclosure(s)

cc: Mr. Joseph Cranford
    Mr. Jim McCormack
    Mr. Edward O. Walker

District Court/Agency Case Number(s):  4:02-cr-00126-SWW-1



11-3792 United States v. Joseph Cranford "per curiam opinion filed" (4:02-cr-00126-SWW-1)
8cc-cmecf-nda  to:                                         06/25/2012 08:18 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 06/25/2012
 **Case Name:**    United States v. Joseph Cranford
 **Case Number:**  11-3792
 **Document(s):**  Document(s)

**Docket Text:**
PER CURIAM OPINION FILED - THE COURT: DIANA E. MURPHY, MORRIS S. ARNOLD and BOBBY E. SHEPHERD (UNPUBLISHED); Granting [3875317-2] motion to withdraw as counsel filed by Mr. Chris Tarver, subject to counsel informing appellant about procedures for seeking rehearing or filing a petition for certiorari. [3925071] [11-3792] (Melissa Rudolph)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Chris Tarver, Assistant Federal Public Defender: Chris.Tarver@fd.org, Susan.Givens@fd.org
Mr. Edward O. Walker, Assistant U.S. Attorney: edward.o.walker@usdoj.gov, latasha.lewis@usdoj.gov

**Notice will be mailed to:**

Mr. Joseph Cranford
FEDERAL CORRECTIONAL INSTITUTION
FCI Forrest City Medium Inmate Mail
P.O. Box 3000
Forrest City, AR 72336-0000

The following document(s) are associated with this transaction:
**Document Description:** PC Opinion filed
**Original Filename:** 113792U.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=06/25/2012] [FileNumber=3925071-0]
[8f1d0a55271689ce9177cfdfa09bb05dd489de4cfd4ecf503b08a6416317453fc972d5e27ccddc010
b930725fd4a5851eb0f903abfae46a7c8b1f396bf32b1d5]]

**Document Description:** Counsel Opinion Letter
**Original Filename:**
/opt/ACECF/live/forms/mrudolph_113792_3925071_CounselOpinionLetters_285.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=06/25/2012] [FileNumber=3925071-1]
[0c9c95a55bce91fc44bf517a4d2cbb693d66617bc7918a29bb9cead8f9089b82ba5f44eba49df22cc
542424945652b6a8fa9160d103ffd6c1cd7bc8c2d7156bc]]
**Recipients:**
- Mr. Joseph Cranford
- Mr. Jim McCormack, Clerk of Court
- Mr. Chris Tarver, Assistant Federal Public Defender
- Mr. Edward O. Walker, Assistant U.S. Attorney

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 3925071
**RELIEF(S) DOCKETED:**
   not for publication
   withdraw as counsel
**DOCKET PART(S) ADDED:** 4641455, 4641456, 4641457, 4545153